11-CV-00736-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONNIE TOROD GREER, | ) |
| | ) CASE NO. C11-736-JLR |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF DISMISSAL |
| STEVE SINCLAIR, | ) |
| | ) |
| Respondent. | ) |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

    (1) The Report and Recommendation is ADOPTED;

    (2) This 28 U.S.C. § 2254 habeas petition is DENIED and is DISMISSED with prejudice;

    (3) Petitioner is DENIED issuance of a certificate of appealability; and

//

//

ORDER OF DISMISSAL
PAGE -1

01   (4)   The Clerk of Court is directed to send copies of this Order to petitioner and to

02   Magistrate Judge Donohue.

03   DATED this 22ND day of ____November____, 2011.

05   JAMES L. ROBART
     United States District Judge

ORDER OF DISMISSAL
PAGE -2